# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MALIK SMITH | : | Civil No. 1:19-cv-2174 |
| Plaintiff, | : | |
| v. | : | |
| M. POWANDA, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

For the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**, Plaintiff's motion for a temporary restraining order and preliminary injunction (Doc. 3) is **DENIED** as moot**.**

                                        s/Jennifer P. Wilson
                                        JENNIFER P. WILSON
                                        United States District Court Judge
                                        Middle District of Pennsylvania

Dated: March 12, 2020